UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ARAMARK MANAGEMENT SERVICES, LIMITED PARTNERSHIP, and YOSEMITE HOSPITALITY, LLC,<br><br>Defendant. | Case No. 1:25-CV-00347-JLT-HBK<br><br>ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No. 14) |

Pending before the Court is the parties' Stipulation Continuing Joint Scheduling Conference filed August 25, 2025. (Doc. No. 14). Due to the recusal of Magistrate Judge Sheila K. Oberto, this matter was reassigned to the undesigned as magistrate judge on August 12, 2025. (Doc. No. 13). The parties seek to continue the mandatory Initial Scheduling Conference previously scheduled for September 4, 2025 due to unavailability of counsel. The Court having reviewed the Stipulation finds good cause to grant the requested relief.

Accordingly, it is hereby ORDERED:

1. The Court GRANTS the parties' stipulation (Doc. No. 14) and CONTINUES the mandatory telephonic Initial Scheduling Conference to **Thursday, September 18, 2025 at 2:00 P.M.** Telephonic conferences are joined by calling 669-254-5252;

1  meeting ID 160 644 7139; passcode 646053.

2     2. The parties shall file a joint Scheduling Report **no later Thursday, September 11, 2025.** A template in word of the Joint Scheduling Report is available on Judge Helena M. Barch-Kuchta's Chamber's Page under "Forms."

Dated: August 25, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2