UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARNOLD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>ARAMARK MANAGEMENT<br>SERVICES, LIMITED PARTNERSHIP,<br>and YOSEMITE HOSPITALITY, LLC,<br><br>　　　　　Defendant. | Case No.  1:25-CV-00347-JLT-HBK<br><br>ORDER GRANTING EXTENSION OF TIME<br>FOR LIMITED POST-CUTOFF DISCOVERY<br><br>(Doc. 22) |

On June 24, 2026, Defendant Yosemite Hospitality, LLC filed a stipulated motion for an extension of time for limited post-cutoff discovery and noticed the motion for hearing on July 24, 2026, at 9:00 a.m.  (Doc. 22).  The motion explains that the parties are discussing mediation dates in September 2026 and seek to extend only the time to conduct the deposition of Plaintiff's wife and an IME of Plaintiff until after the mediation.  All parties join in the stipulated motion.  The Court finds good cause to grant the joint motion.  Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS ORDERED:

1.  The Court GRANTS Defendant Yosemite Hospitality, LLC's stipulated motion for an extension of time (Doc. 22) as follows:

(a) Defendants may take the deposition of Plaintiff's wife after the mediation date

on date mutually agreeable with the parties.

(b) Plaintiff shall submit to an IME noticed by Defendants to take place after the mediation on a date mutually agreeable with the parties.

2. All other deadlines in the Case Management and Scheduling Order (Doc. 19) remain in effect.

3. The Court VACATES the July 24, 2026 hearing on the motion.

Dated:    June 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2