UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ARNOLD,

Plaintiff,

v.

UNITED STATES OF AMERICA, ARAMARK MANAGEMENT SERVICES, LIMITED PARTNERSHIP, and YOSEMITE HOSPITALITY, LLC,

Defendant.

Case No. 1:25-CV-00347-JLT-HBK

ORDER GRANTING AMENDED MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES

(Doc. 25)

ORDER DIRECTING THE PARTIES TO CLARIFY THE STATUS OF ARAMARK MANAGEMENT SERVICES, LIMITED PARTNERSHIP

14 DAY DEADLINE

On August 26, 2026, Defendant Yosemite Hospitality, LLC ("Yosemite") filed an amended motion seeking an extension of the expert discovery deadlines. (Doc. 25). The parties seek an extension of the expert deadlines until after the September 18, 2026 mediation, the deposition of Plaintiff's wife, and IME of Plaintiff. All parties join in the motion. The Court finds good cause to grant the motion. Fed. R. Civ. P. 16(b)(4).

A review of the record reflects that Defendant Aramark Management Services, Limited Partnership ("Aramark") was served with the Complaint (Doc. 3) but has not filed an answer or other responsive pleading. Defendant Yosemite has represented that Aramark is Yosemite's parent entity and owns 100 percent of Yosemite. (Doc. 8). The Court further notes that counsel

appearing for Yosemite has signed pleadings and other filings identifying himself as counsel for both Yosemite and Aramark, notwithstanding that Aramark has not separately appeared or filed a responsive pleading. Nonetheless, at the initial scheduling conference, the parties advised the Court that they were considering whether Yosemite is the proper defendant and that, if Yosemite is the proper entity, Plaintiff anticipated filing a motion or stipulation seeking dismissal of Aramark. (Doc. 18). No such filing has been made. The Court seeks to clarify the parties of record and counsel's representation.

Accordingly, IT IS ORDERED:

1. The Court GRANTS Defendant Yosemite Hospitality, LLC's amended motion (Doc. 25) as follows:
   a. The deadlines for disclosure of expert reports are extended from August 28, 2026, to December 4, 2026;
   b. The deadlines for expert rebuttal reports are extended from October 9, 2026, to January 15, 2027;
   c. The deadline for completion of expert discovery is extended from January 8, 2027, to February 1, 2027.
2. All other deadlines not previously amended in the Case Management and Scheduling Order (Doc. 19) remain in effect.
3. No later than 14 days from the date of this Order, the parties shall file a joint status report, not exceeding 5 pages, addressing the status of Defendant Aramark Management Services, Limited Partnership.
4. The joint status report shall state:
   a. Whether counsel who has appeared for Yosemite Hospitality, LLC also represents Aramark Management Services, Limited Partnership in this action;
   b. Whether Plaintiff contends that Aramark Management Services, Limited Partnership is a proper defendant in this action;
   c. Whether Yosemite Hospitality, LLC contends that it is the proper entity to

respond to the allegations asserted against Aramark;

d. Whether Aramark and Yosemite contend that Yosemite is the sole proper defendant with respect to any or all claims asserted in the Complaint.

5. If Aramark intends to remain a defendant, it shall file an answer or other responsive pleading within 14 days from the date of this Order.

6. In the alternative, if the parties agree that Aramark is not a proper defendant, Plaintiff shall file an appropriate stipulation, notice, or motion seeking Aramark's dismissal within 14 days from the date of this Order.

Dated: September 2, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE