Justin Sterling, Esq. (SBN: 290642)
**The Sterling Firm, APLC**
8605 Santa Monica Boulevard, #96543
Los Angeles, CA 90069
Tel.: (310) 498-2750
Fax: (310) 362-8608
Email: justin@thesterlingfirm.com

Daniel O'Leary, Esq. (SBN: 175128)
**Law Office of Daniel M. O'Leary**
2300 Westwood Boulevard, Suite 105
Los Angeles, CA 90064
Tel.: (310) 481-2020
Email: dan@danolearylaw.com

Attorneys for Plaintiff, Michael Arnold

**UNITED STATES DISTRCIT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ARNOLD, an individual,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | No.: 1:25-cv-00347 JLT HBK<br><br>**NOTICE OF SETTLEMENT**<br><br>**EDCA LOCAL RULE 160** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKEN NOTICE THAT the parties have reached an agreement to settle this case in its entirety.

Pursuant to Local Rule 160(b), the parties request 60 days to finalize the settlement and file a stipulation of dismissal. The case settled following a private mediation. One of the settling defendants is the United States of America. For

administrative reasons specific to the United States, it may require up to 60 days to fund its portion of the settlement. Counsel, including the Office of the United States Attorney for the Eastern District of California, are working to complete the settlement expeditiously, but cannot represent that it will be done in less than 60 days.

The trial is set for August 31, 2027. The next currently scheduled court date is the Final Pre-Trial Conference, set for July 19, 2027. Thus, the requested delay beyond the 21-day requirement of Local Rule 160(b) will not impact any court appearances or judicial resources.

Dated: October 9, 2026 Law Office of Daniel M. O'Leary

By:____________________________
Daniel O'Leary
Lawyers for Plaintiff