Justin Sterling, Esq. (SBN: 290642)
**The Sterling Firm, APLC**
8605 Santa Monica Boulevard, #96543
Los Angeles, CA 90069
Tel.: (310) 498-2750
Fax: (310) 362-8608
Email: justin@thesterlingfirm.com

Daniel O'Leary, Esq. (SBN: 175128)
**Law Office of Daniel M. O'Leary**
2300 Westwood Boulevard, Suite 105
Los Angeles, CA 90064
Tel.: (310) 481-2020
Email: dan@danolearylaw.com

Attorneys for Plaintiff, Michael Arnold

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ARNOLD, an individual,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | No.: 1:25-cv-00347 JLT HBK<br><br>**STIPULATION OF DISMISSAL, FRCP 41** |

Plaintiff Michael Arnold, Defendant Yosemite Hospitality, LLC, and Defendant United States of America hereby stipulate that this case be dismissed in its entirety, with all parties to bear their own fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SO STIPULATED.

IT IS SO STIPULATED.

Dated: November 11, 2026

Law Office of Daniel M. O'Leary

By: ____________________

Daniel O'Leary
Lawyers for Plaintiff

Dated: November 11, 2026

Dolan & Associates

By: Michael A. Dolan, Jr.

Michael A. Dolan
Lawyers for Defendant Yosemite Hospitality, LLC

Dated: November 5, 2026

Eric Grant, United States Attorney

By: Alyson A. Berg

Alyson A. Berg
Assistant U.S. Attorney
Attorney for the United States